THE COQUITLAM.

EARLE et al. v. UNITED STATES.

(Circuit Court of Appeals, Ninth Circuit. November 4, 1895.)

No. 200.

Appeal from the District Court of the United States for the District of Alaska.

Before McKENNA and GILBERT, Circuit Judges.

Questions of law certified to the supreme court of the United States. For prior report, see 57 Fed. 706.

---

THE ELIZABETH.

NILSSON v. SWINDELL et al.

(Circuit Court of Appeals, Fifth Circuit. November 2, 1895.)

No. 440.

Appeal from the District Court of the United States for the Northern District of Florida.

John A. Henderson and Geo. P. Raney, for appellees.

Docketed and dismissed, pursuant to the sixteenth rule.

---

NOYES v. SILVER QUEEN MIN. CO.

(Circuit Court of Appeals, Ninth Circuit. November 4, 1895.)

No. 228.

In Error to the District Court of the United States for the District of Alaska.

Before McKENNA and' GILBERT, Circuit Judges.

Questions of law certified to the supreme court of the United States.

---

STATE OF FLORIDA v. CHARLOTTE HARBOR PHOSPHATE CO.

(Circuit Court of Appeals, Fifth Circuit. October 3, 1895.)

No. 437.

Appeal from the Circuit Court of the United States for the Southern District of Florida.

H. Bisbee and C. D. Rinehart, for appellee.

Docketed and dismissed, pursuant to the sixteenth rule.